45 F.3d 426
NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
 Gary Lee HARRIS, Plaintiff Appellant,
v.
C. D. LARSON; R. A. Young; L. W. Huffman; D. A.
Garraghty; K. L. Osborn; Frank Mardavich; E. B. Walker;
Officer Robertson; J. W. Law, Officer; Lieutenant Hicks;
E. C. Morris; Faye Johnson; P. Soles; J. Berry,
Defendants Appellees.
 No. 94-6235.
 United States Court of Appeals, Fourth Circuit.
 Submitted Dec. 13, 1994.
Decided Jan. 6, 1995.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CA-92-453-AM).
 Gary Lee Harris, Appellant Pro Se. Pamela Anne Sargent, Assistant Attorney General, Richmond, VA, for Appellees.
 E.D.Va.
 DISMISSED.
 Before WIDENER and NIEMEYER, Circuit Judges, and PHILLIPS, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals the district court's order dismissing some of his claims and identifying the issues that remain to be litigated. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This Court may exercise jurisdiction only over final orders, 28 U.S.C. Sec. 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. Sec. 1292 (1988); Fed.R.Civ.P. 54(b); Cohen v. Beneficial Industrial Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.
 
 
 2
 We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 3
 DISMISSED.